**Rodney Michael BAILEY,
Plaintiff–Appellant,**

v.

**MID ATLANTIC ISOTOPES/GEODAX,
Defendant–Appellee.**

No. 02–2425.

United States Court of Appeals,
Fourth Circuit.

Submitted April 22, 2003.

Decided June 4, 2003.

Rodney Michael Bailey, Appellant Pro Se. Patrick Milton Pilachowski, Stephen David Shawe, Shawe & Rosenthal, L.L.P., Baltimore, Maryland, for Appellee.

**486**

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM:

Rodney M. Bailey seeks to appeal the order of the clerk of the district court awarding costs to Mid Atlantic Isotopes/Geodax pursuant to Fed.R.Civ.P. 54(d)(1), and Local Rule 105.6 (D.Md.), following judgment for the latter party. Pursuant to Rule 54(d)(1), the clerk may tax costs to the prevailing party. "On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court." This court has held that failure to make a timely motion under the rule constitutes a waiver of the right to such review. *Gary v. Spires*, 634 F.2d 772, 773 (4th Cir.1980); *see also Cooper v. Eagle River Mem'l Hosp., Inc.*, 270 F.3d 456, 464 (7th Cir.2001); *Walker v. California*, 200 F.3d 624, 626 (9th Cir.1999). Here, Bailey's failure to seek review of the Order in district court constitutes waiver of his right to contest the award, and deprives this court of jurisdiction. 28 U.S.C. § 1291 (2000); 29 U.S.C. § 1292 (2000). Accordingly, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*